Clifford Yea, Appellant, v. Swift & Company, Respondent.— Orders affirmed, with costs. All concur. (One order grants defendant's motion to set aside a jury verdict in favor of plaintiff, and for a new trial, and the second order resettles

* See Laws of 1934, chap. 808.— [Rep.

the previous order by including a denial of plaintiff's request to increase the demand for damages in an automobile negligence action. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.